| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:97CR00082-34(SEC) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| SANTOS GONZALEZ-BRACERO<br><br>5 CONVOY DRIVE<br><br>NEW BRITAIN, CT | PUERTO RICO | |
| | NAME OF SENTENCING JUDGE<br>SALVADOR E. CASELLAS | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11-29-04 | TO 11-28-08 |

OFFENSE

TITLE 21, U.S.C., SECTIONS 846 - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE APPROXIMATELY 100 KILOGRAMS OF COCAINE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **PUERTO RICO**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF CONNECTICUT** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

28 I 05
*Date*

*/s/*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **CONNECTICUT**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/23/05
*Effective Date*

*/s/*
*United States District Judge*

EF