# UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN  
CLERK

TEL. (787) 772-3012  
FAX (787) 766-5693

March 15, 2005

Mr. Kevin F. Rowe  
Clerk of Court  
U.S. District Court  
for the District of Connecticut  
450 Main St.  
Hartford, Conn. 06103

Re: Criminal No. 97-82 (SEC)  
United States of America  
v. Santos Gonzalez-Bracero

Dear Mr. Early:

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on March 2, 2005, we enclose the following documents:

1. Certified copy of the Indictment and First Superseding Indictment filed on April 23rd, 1997, and December 17, 1997 (dockets #2 and 444, respectively).

2. Certified copy of Judgment filed on February 19, 1997 (docket #1920).

3. Certified copy of Transfer of Jurisdiction Order filed on March 2nd, 2005 (docket #3255).

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN  
Clerk of Court

Lida Isis Egele  
Operations Manager

Enc.  
cc: E. Feliciano, Supervising USPO